United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
Foley Square, New York 10007



FILED
DEC 1 9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Re: United States of America
-vs-
Anailde Trotman

Case No. 07 CR 762 (PKC)

~~07CR2753-JAH~~

08cr463 JAH

Dear Clerk:

The above defendant/s are being transferred to your district pursuant to Rule 20.

Pursuant to Rule 20 of the Rules of Criminal Procedure, we are transmitting a certified copy of the indictment/s; Consent to Transfer; notice of transfer; and docket sheet.

Please acknowledge your receipt on the enclosed copy of this letter.

Very truly yours,

J. Michael McMahon, Clerk

by: _____
    Deputy Clerk

---

RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN AND ASSIGNED CASE NUMBER:

_____

By:_____         Clerk, UNITED STATE DISTRICT COURT
                                       By:_____
                                             Deputy Clerk

ECF, PRIOR

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CRIMINAL DOCKET FOR CASE #: 1:07-cr-00762-PKC-2
# Internal Use Only

~~07-cr-2753-JAH~~ 08cr463 JAH

Case title: USA v. Bicalho-Rivera et al    Date Filed: 08/15/2007
Magistrate judge case number: 1:05-mj-01776-UA

Assigned to: Judge P. Kevin Castel

### Defendant (2)
**Anailde Trotman**    represented by **Donald Joseph Yannella, III**

Donald Yannella P.C.
7 Dey Street, Suite 803
New York, NY 10007
(212) 226-2883
Fax: (212) 226-2861
Email: yannellaesq@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK
BY _____
    DEPUTY CLERK

### Pending Counts                    ### Disposition
None

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO COMMIT ALIEN SMUGGLING (1) | Rule 20 Transfer Out |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:371:CONSPIRACY TO COMMIT ALIEN SMUGGLING. | |

**Plaintiff**

| USA | represented by | **Kenneth Allen Polite, Jr.**<br>U.S. Attorney's Office, SDNY (St Andw's)<br>One St. Andrew's Plaza<br>New York, NY 10007<br>(212)-637-2412<br>Fax: (212)-637-2937<br>Email: kenneth.polite@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 10/20/2005 | 1 | COMPLAINT as to Vanea Bicalho-Rivera (1), Anailde Trotman (2) in violation of 18 U.S.C. 371. (Signed by Judge Theodore H. Katz ) (gq) [1:05-mj-01776-UA] (Entered: 03/20/2007) |
| 10/20/2005 | 3 | Arrest Warrant Issued as to Anailde Trotman. (Signed by Judge Theodore H. Katz on 10/20/2005.) (gq) [1:05-mj-01776-UA] (Entered: 03/20/2007) |
| 03/17/2007 |  | Arrest of Anailde Trotman. (gq) [1:05-mj-01776-UA] (Entered: 03/20/2007) |
| 03/19/2007 | 4 | CJA 23 Financial Affidavit by Anailde Trotman. Approved. (Signed by Judge Theodore H. Katz ) (gq) [1:05-mj-01776-UA] (Entered: 03/20/2007) |
| 03/19/2007 |  | Attorney update in case as to Anailde Trotman. Attorney Donald J Yanella for Anailde Trotman added. (gq) [1:05-mj-01776-UA] (Entered: 03/20/2007) |
| 03/19/2007 |  | Minute Entry for proceedings held before Judge James C. Francis :Initial Appearance as to Anailde Trotman held on 3/19/2007. Deft appears with CJA atty Don Yanella. AUSA Kenneth Polite, Jr. present for the gov't. $50,000 PRB. 3 FRP. Travel restricted to SDNY, EDNY. Surrender travel documents (& no new applcations). Strict pretrial supervision. Drug testing/treatment. Preliminary Examination set for 4/18/2007 10:00 AM before Judge Unassigned. (gq) [1:05-mj-01776-UA] (Entered: 03/20/2007) |
| 03/19/2007 | 8 | CJA 20 as to Anailde Trotman: Appointment of Attorney Donald Joseph Yannella, III for Anailde Trotman. (Signed by Judge John E. Sprizzo on 3/22/07) CJA Office Mailed the Original to Attorney, and Sent Copy to File.(sac) [1:05-mj-01776-UA] (Entered: 03/26/2007) |

| | | |
|---|---|---|
| 03/22/2007 | ᕯ5 | PRB APPEARANCE Bond Entered as to Anailde Trotman in amount of $50,000. Co-signed by 3 FRP's. Travel limits include the SDNY, EDNY. Surrender travel documents and no new applications. Strict pretrial supervision and drug testing and treatment. (gq) [1:05-mj-01776-UA] (Entered: 03/22/2007) |
| 03/22/2007 | ᕯ6 | ADVICE OF PENALTIES AND SANCTIONS as to Anailde Trotman. (gq) [1:05-mj-01776-UA] (Entered: 03/22/2007) |
| 03/22/2007 | ᕯ7 | ENDORSED LETTER as to Anailde Trotman addressed to Hon. Gabriel Gorenstein from Donald J. Yanella dated 3/22/2007 re: requesting that deft's bail limits be amended to permit her to travel to the District of New Jersey and the District of Connecticut...GRANTED...SO ORDERED.. (Signed by Judge Gabriel W. Gorenstein on 3/22/2007)(gq) [1:05-mj-01776-UA] (Entered: 03/22/2007) |
| 04/16/2007 | ᕯ9 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Anailde Trotman. Time excluded from 4/16/07 until 5/16/07. (Signed by Judge Frank Maas on 4/16/07)(ccu) [1:05-mj-01776-UA] (Entered: 04/17/2007) |
| 05/16/2007 | ᕯ | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Anailde Trotman. Time excluded from 5/18/07 until 6/15/07. Follows oral order of 5/18/07. (Signed by Judge Henry B. Pitman on 5/16/07)(ccu) [1:05-mj-01776-UA] (Entered: 05/18/2007) |
| 05/16/2007 | ᕯ10 | AFFIRMATION of Kenneth A. Polite in Support Of the application for an extension of the order of continuance, filed by USA as to Anailde Trotman. (ccu) [1:05-mj-01776-UA] (Entered: 05/18/2007) |
| 06/15/2007 | ᕯ | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Anailde Trotman. Time excluded from 6/15/07 until 7/16/07. Follows oral order of 6/15/07. |

| | | |
|---|---|---|
| | | (Signed by Judge Debra C. Freeman on 6/15/07)(ccu) [1:05-mj-01776-UA] (Entered: 06/18/2007) |
| 06/15/2007 | ◉11 | AFFIRMATION in Support Of the application for an extension of the order of continuance, filed as to Anailde Trotman. (ccu) [1:05-mj-01776-UA] (Entered: 06/18/2007) |
| 07/16/2007 | ◉12 | AFFIRMATION of AUSA Kenneth A. Polite, Jr. by USA in support of an application for a 30 day continuance until 8/15/07, as to Anailde Trotman. (gq) [1:05-mj-01776-UA] (Entered: 07/18/2007) |
| 07/16/2007 | ◉ | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Anailde Trotman. Time excluded from 7/16/2007 until 8/15/2007. P.D. (Signed by Judge Ronald L. Ellis on 7/16/2007)(gq) [1:05-mj-01776-UA] (Entered: 07/18/2007) |
| 08/15/2007 | ◉ 13 | INDICTMENT FILED as to Vanea Bicalho-Rivera (1) count(s) 1, Anailde Trotman (2) count(s) 1. (jm) (Entered: 08/16/2007) |
| 08/15/2007 | ◉ | Case Designated ECF as to Vanea Bicalho-Rivera, Anailde Trotman. (jm) (Entered: 08/16/2007) |
| 11/02/2007 | ◉ | Minute Entry for proceedings held before Judge P. Kevin Castel :Pretrial Conference as to Anailde Trotman held on 11/2/2007. The deft Anailde Trotman and her attorney Donald J. Yannella, III are present. AUSA Kenneth A. Polite, Jr. is present. Court Reporter Mike McDaniel is present. See transcript. A pretrial conference is held. Discovery is stayed (waived) until 12/18/07. The Court schedules a pretrial conference for 12/18/07 at 12:45 p.m. Bail is continued. Time is excluded. (bw) (Entered: 11/07/2007) |
| 11/02/2007 | ◉ | ORAL ORDER as to Anailde Trotman. Time excluded from 11/2/07 until 12/18/07. Discovery due by 12/18/2007. Pretrial Conference set for 12/18/2007 |

| | | |
|---|---|---|
| | | at 12:45 PM before Judge P. Kevin Castel. (bw) (Entered: 11/07/2007) |
| 12/14/2007 | ●16 | CONSENT TO TRANSFER JURISDICTION (Rule 20) from the U.S.D.C. Southern District of New York to the United States District Court - Southern District of California. Counts closed as to Anailde Trotman (2) Count 1. (jw) (Entered: 12/18/2007) |
| 12/14/2007 | ● | RULE 20 DOCUMENTS SENT as to Anailde Trotman from the U.S.D.C. Southern District of New York to the United States District Court - Southern District of California. Sent original file along with documents numbered 3, certified copies of: docket entries, the rule 20 transfer, the indictment/information, and letter of acknowledgment. Mailed via Federal Express AIRBILL # 860566520088 on 12/18/07. (jw) (Entered: 12/18/2007) |
| 12/17/2007 | ●15 | ORDER as to Anailde Trotman. PTC scheduled for 12/18/07 is adjourned until 2/15/08 @ 3pm. in courtroom 12C. Time between today and 2/15/08 is excluded. So Ordered. (See attached Order for full text) (Signed by Judge P. Kevin Castel on 12/17/07) (pr) (Entered: 12/17/2007) |
| 12/17/2007 | ● | Set/Reset Hearings as to Anailde Trotman: Pretrial Conference set for 2/15/2008 at 03:00 AM before Judge P. Kevin Castel.. (pr) (Entered: 12/17/2007) |
| 12/17/2007 | ● | (Court only) ***Excludable XT started as to Anailde Trotman. Excludable started on 12/17/07. Excludable stopped on 2/15/08.. (pr) (Entered: 12/17/2007) |

FORM OBD-101   Formerly USA-18
8-27-74

DOC # 16

# RULE 20—TRANSFER NOTICE

| TO: | DISTRICT | DATE |
|---|---|---|
| United States District Court | Southern District of New York | 12/14/07 |

| NAME OF SUBJECT | STATUTE VIOLATED | FBI Data (docket and number) |
|---|---|---|
| Anailde Trotman | 18:0371 | 07 CR 0762 (PKC) |

## PART A—DISTRICT OF ARREST

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

☐ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20. Docket No. _____

☒ Other (Specify):

☐ The above-named defendant entered a plea of guilty under Rule 20.
DATE OF PLEA     DATE OF SENTENCE     SENTENCE

Signature: KAREN P. HEWITT
U.S. ATTORNEY   12/10/07
ASSISTANT U.S. ATTORNEY

Address: 880 FRONT ST., RM 6293
SAN DIEGO, CA 92101

## PART B—DISTRICT OF OFFENSE

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at ___ on ___ at ___ o'clock.
(Kindly notify me of any anticipated delay.)

☐ Enclosed are two certified copies of indictment or information. Docket No. _____

☐ Please have defendant execute waiver of indictment.

☐ Other (Specify):

CERTIFIED COPY
J. MICHAEL McMAHON,
BY _____
DEPUTY CLERK   CLERK

Michael J. Garcia
United States Attorney
by _____
Assistant United States Attorney

District: Southern District of New York
Date: 12/14/07

**P. KEVIN CASTEL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :     **INDICTMENT**

    - v. -                              :     **07 CRM 762**

VANEA BICALHO-RIVERA and           :
ANAILDE TROTMAN,
                                   :
              Defendants.
                                   :
- - - - - - - - - - - - - - - - -x

COUNT ONE

The Grand Jury charges:

1. From at least in or about September 2003, through and including in or about February 2005, in the Southern District of New York and elsewhere, VANEA BICALHO-RIVERA and ANAILDE TROTMAN, the defendants, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, to violate Title 8, United States Code, Section 1324(a)(2)(B)(ii).

2. It was a part and an object of said conspiracy that VANEA BICALHO-RIVERA and ANAILDE TROTMAN, the defendants, and others known and unknown, unlawfully, willfully, and knowingly, and in reckless disregard of the fact that aliens had not received prior official authorization to come to, enter, and reside in the United States, would and did bring to and attempt to bring to the United States, for the purpose of commercial

CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____
DEPUTY CLERK

advantage and private financial gain, such aliens, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

OVERT ACTS

3. In furtherance of said conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about April 10, 2004, ANAILDE TROTMAN, the defendant, paid for airline flights for at least four aliens from Long Beach, California, to John F. Kennedy Airport in Queens, New York.

b. On or about December 28, 2004, VANEA BICALHO-RIVERA, the defendant, spoke to a cooperating witness in Manhattan, New York, and discussed various options for providing payment for alien smuggling.

c. On or about February 14, 2005, ANAILDE TROTMAN, the defendant, called a cooperating witness in Manhattan, New York, and provided instructions and bank account information for the deposit of a payment for alien smuggling.

(Title 18, United States Code, Section 371.)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

VANEA BICALHO-RIVERA and
ANAILDE TROTMAN,

Defendants.

INDICTMENT

07 Cr.

(8 U.S.C. § 371)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_Foreperson._

8/15/01 TLC: Post 11/1/87 indictment filed
A/W ordered. Assigned to Judge Castel.

Peck, MJ.

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____
DEPUTY CLERK