```
 1  KAREN P. HEWITT
    United States Attorney
 2  TIMOTHY F. SALEL
    Assistant U.S. Attorney
 3  California State Bar No. 163597
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-6074
    E-mail: timothy.salel@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

8                       UNITED STATES DISTRICT COURT

9                      SOUTHERN DISTRICT OF CALIFORNIA    08cr463 JAH

| | | |
|---|---|---|
| 10  UNITED STATES OF AMERICA, | ) | Criminal Case No. ~~07CR2753-JAH~~ |
| 11              Plaintiff, | ) | |
| 12        v. | ) | NOTICE OF RELATED CASE |
| 13  ANAILDE TROTMAN, | ) | |
| 14              Defendant. | ) | |
| 15  _____ | ) | |

16      TO THE CLERK OF THE COURT:

17      Please take notice that, on December 19, 2007, Anailde Trotman's
18 criminal case from the United States District Court for the Southern
19 District of New York (Criminal Case No. 07-CR-0762-PKC) was
20 transferred to this Court for disposition and sentencing pursuant to
21 Rule 20 of the Federal Rules of Criminal Procedure. However, Anailde
22 Trotman's criminal case transferred from the United States District
23 Court for the Southern District of New York was inadvertently
24 associated with Anailde Trotman's criminal case already pending in the
25 Southern District of California (Criminal Case No. 07CR2753-JAH).
26 Anailde Trotman's case transferred from United States District Court
27
28

for the Southern District of New York (Criminal Case No. 07-CR-0762-PKC) should have been assigned to its own case number (other than case number 07CR2753-JAH) and related to case number 07CR2753-JAH.

DATED: February 21, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/S/ TIMOTHY F. SALEL
TIMOTHY F. SALEL
Assistant U.S. Attorney

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANAILDE TROTMAN<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br><br>08cr463 JAH<br>Case No. 07CR2753-JAH<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, TIMOTHY F. SALEL, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of NOTICE OF RELATED CASE on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies the party.

    HEATHER ROGERS - Counsel for ANAILDE TROTMAN
    heather_rogers@rogersdefense.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2008.

    /S/TIMOTHY F. SALEL
    TIMOTHY F. SALEL
    Assistant U.S. Attorney